UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Jason B Sanders  
    Amy C Sanders  
        Debtor(s)

Case No. 17-11660

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/13/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 08/11/2017.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $25,800.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,605.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$3,605.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $188.37 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$188.37** |

Attorney fees paid and disclosed by debtor:     $1,550.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| EARTHMOVER CREDIT UNION | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| EARTHMOVER CREDIT UNION | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| EARTHMOVER CREDIT UNION | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 3,285.56 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 15,415.86 | NA | NA | 0.00 | 0.00 |
| MIDTAX | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| METRO CTR FOR HEALTH | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Unsecured | 71.13 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| OMEGA RMS LLC | Unsecured | 1,983.00 | NA | NA | 0.00 | 0.00 |
| ONEMAIN FINANCIAL | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE LEASING | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS | Unsecured | 18,000.00 | NA | NA | 0.00 | 0.00 |
| ROTECH HEALTHCARE INC | Unsecured | 563.80 | NA | NA | 0.00 | 0.00 |
| SAFECO/BROWN AND JOSEPH | Unsecured | 588.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK/CARE CREDIT | Unsecured | 414.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU INC | Unsecured | 70.84 | NA | NA | 0.00 | 0.00 |
| VALLEY VIEW COMMUNITY UNIT | Unsecured | 855.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE/FIFTH THIRD | Unsecured | 1,496.99 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT/NAPERVILLE RADIOLO | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| AURORA EARTHMOVER CREDIT UN | Unsecured | 2,545.00 | NA | NA | 0.00 | 0.00 |
| AURORA EARTHMOVER CREDIT UN | Unsecured | 742.00 | NA | NA | 0.00 | 0.00 |
| BRUCE AND LORI SANDERS | Unsecured | 3,400.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,737.00 | NA | NA | 0.00 | 0.00 |
| CARRINGTON MORTGAGE/WELLS F/ | Unsecured | 50,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SCHEDULED CREDITOR | Unsecured | 11,450.00 | NA | NA | 0.00 | 0.00 |
| CDA/PONTIAC | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| CDA/PONTIAC | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/MEIJER | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/VICTORIAS SECRE | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| COMENITY CAPITAL/GAME STOP | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| COUNTRY SQUIRE HOA | Unsecured | 992.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION/EDWARD HOS | Unsecured | 311.81 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/NAVIENT | Unsecured | 58,015.00 | NA | NA | 0.00 | 0.00 |
| EDWARD ELMHURST HEALTH | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| GENERAL REVENUE CORP | Unsecured | 1,768.00 | NA | NA | 0.00 | 0.00 |
| GENERAL REVENUE CORP | Unsecured | 776.00 | NA | NA | 0.00 | 0.00 |
| GMAC/ALLY FINANCIAL | Unsecured | 15,000.00 | NA | NA | 0.00 | 0.00 |
| JANIS KILGORE | Unsecured | 115,120.00 | NA | NA | 0.00 | 0.00 |
| KOHLS/CAPITAL ONE | Unsecured | 222.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY | Unsecured | 477.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE/EDWAR | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE/DUPAG | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT/ADVENTIST BC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY CLERK | Secured | 17,732.80 | NA | NA | 2,429.99 | 0.00 |
| WILL COUNTY TREASURER | Secured | 4,891.21 | NA | NA | 986.64 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $3,416.63 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$3,416.63** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $188.37 |
| Disbursements to Creditors | $3,416.63 |
| **TOTAL DISBURSEMENTS** : | **$3,605.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/05/2017     By: /s/ Glenn Stearns
                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**